Phillip J. Eskenazi (State Bar No. 158976)
peskenazi@hunton.com
Jason J. Kim (State Bar No. 221476)
kimj@hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, California  90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
LOWE'S HIW, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLEEN SWANEY, an individual; JOSEPH SARASUA, an individual; on behalf of themselves and all others similarly situated, <br><br>　　　　Plaintiff, <br><br>v. <br><br>LOWE'S HIW, INC.; a Washington corporation, and DOES 2-50, inclusive <br><br>　　　　Defendants. | Case No.: 11-CV-1151-MCE (GGH) <br><br> **STIPULATION TO TRANSFER VENUE; ORDER THEREON** |

[PROPOSED] ORDER

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1  **ORDER**

2   The Court has reviewed the parties' Stipulation to Transfer Venue, as well as
3 the accompanying Declaration of Gene J. Stonebarger.
4   Good cause is hereby shown, and, in the interest of judicial economy and
5 convenience, it is hereby ordered that *Swaney et al. v. Lowe's HIW, Inc.*, Case No. 11-
6 CV-1151-MCE (GGH), be transferred to the United States District Court for the
7 Northern District of California.
8 Date:  June 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

23797.000903 EMF_US 36059126v2

1
[PROPOSED] ORDER